Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Felix Yongbok Lee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Felix Yongbok Lee,<br><br>Applicant. | Case Number:<br><br>**DECLARATION OF FELIX YONGBOK LEE IN SUPPORT OF FELIX YONGBOK LEE'S *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Felix Yongbok Lee, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am a singer of the South Korean boy band Stray Kids, and I reside in the Republic of Korea.

3. This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. On March 8, 2025, March 15, 2025, and May 24, 2025, an X user who uses the X handle "@689076rtdeuo" (hereinafter "**User**") published defamatory and insulting posts concerning me on the X platform (hereinafter "**Posts**"); attached as **Exhibit 1** are true and correct screenshots of the Posts.

5. The Posts baselessly state that I treat or think of staff members as being my servants, not co-workers; those statements are completely baseless, as I have never thought of staff members in that way.

6. The Posts baselessly states that I think I have royal blood and implies that I act as though I am a prince; that is simply false, and completely baseless.

7. I have suffered severe mental distress, physical stress, and humiliation, caused by the Posts which disparage my physical appearance, disparage my performance and skills as a singer, baselessly insult my behavior, and defame me by falsely alleging that I think of staff-members as servants and that I think of myself as being a prince.

8. I have filed a civil lawsuit on July 22, 2025 against the User in the Seoul Eastern District Court in the Republic of Korea for defamation and insulting (hereinafter "**Civil Case**").

9. I have thoroughly reviewed the information on the User's X account to find information that may lead to the true identity of the User, but I was unable to find any identifying information that will reveal the true identity of the User.

10. I have also searched online to find information that may lead to the true identity of the User, but I was unable to find any identifying information that may lead to the true identity of the User.

11. I have been unable to identify the true identity of the User, preventing me from proceeding with the Civil Case against the User.

12. Unless the true identity of the User is revealed, I will be unable to pursue the Civil Case against the User.

13. The identity of the User will only be used for the purpose of the Civil Case.

14. Recently, I discovered that the User deleted his X account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2025.

[signature]

FELIX YONGBOK LEE

x.com/689076rtdeuo/status/1898088896518668566

← 게시물

ㅇ
@689076rtdeuo

이용복 못생겼다니까 오른쪽 같이 보정한 사진 들고오는 뽁프들 너무 웃기고 불쌍하다
있는그대로의 용복이를 사랑해줘라
못생기고 살찌고 얼굴 흘러내리는 키작은 용복이 울겠다



오전 4:10 · 2025년 3월 8일 · **1,128** 조회수

**Exhibit 1**

x.com/689076rtdeuo/status/1900765761737810274

X

게시물

ㅇ
@689076rtdeuo

이용복 라이브 못하고 춤도 못추면서 무대에 취한척 흥에 취한척 또 물뿌려댈거 생각하니 꼴값이란 말밖에 안나옴
제발 연습 좀 해라
넌 소통도 안하고 시간도 남아돌텐데 뭐하니 진짜

오후 1:27 · 2025년 3월 15일 · **914** 조회수

1 9 1

x.com/689076rtdeuo/status/1926130364268806458

X

게시물

ㅇ
@689076rtdeuo

스탭들을 같이 일하는 동등한 동료가  아니라 자기 아랫사람이라고 생각하니까 저러는거지
잰 뭐가 잘못된건지도 모를듯
그러니까 부끄러워하지도 않고 저러지
팬들이 왕자라고 해주니까 진짜 자기가 무슨 왕족이라도 된줄아나
특권의식 미쳤네 ㅇㅇ

오후 1:17 · 2025년 5월 24일 · **2,606** 조회수

2 18 1

**Exhibit 1**